

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00391-CV

| | | |
|---|---|---|
| SAVANNAH WISE, Appellant | § | On Appeal from County Court at Law No. 2 |
| V. | § | of Wise County (CV-9392) |
| | § | February 6, 2025 |
| CARLA WALSH, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of prosecution.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack